UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7257 ABC (VBKx) | Date | February 21, 2014 |
|---|---|---|---|
| Title | BWP Media USA Inc., et al. -vs- Ron Avidan | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than **March 7, 2014**, why this action should not be dismissed for lack of prosecution as to defendants National Photo Group LLC and Ron Avidan.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, <u>no</u> <u>oral</u> <u>argument</u> will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____  Proof of service of summons and complaint on defendants _____;

√  Answer by defendants National Photo Group LLC and Ron Avidan or plaintiff(s)' request for entry of default;

_____  Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

√  Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

                         _____ : _____

                    Initials of Preparer  AB

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7257 ABC (VBKx) | Date | February 21, 2014 |
|---|---|---|---|
| Title | BWP Media USA Inc., et al. -vs- Ron Avidan | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**   **(IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

IT IS ORDERED that plaintiff's counsel show cause in writing not later than **March 7, 2014**, why this action should not be dismissed for lack of prosecution as to defendants National Photo Group LLC and Ron Avidan.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, no oral argument will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____        Proof of service of summons and complaint on defendants _____;

√        Answer by defendants National Photo Group LLC and Ron Avidan or plaintiff(s)' request for entry of default;

\_\_\_\_\_        Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

√        Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

_____ : _____

Initials of Preparer         AB